IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00715-RPM

JULIAN KEITH GARCIA,

    Petitioner,
v.

RANDY LIND, Acting Warden of
Arkansas Valley Correctional Facility,
Colorado Department of Corrections,

    Respondent,

        And

JOHN SUTHERS, The Attorney General
of the State of Colorado,

    Additional Respondent.

_____

ORDER FOR LIMITED RESPONSE DIRECTED TO EQUITABLE TOLLING
_____

In the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, filed on March 10, 2014, the petitioner admits that this petition is untimely under 28 U.S.C. § 2244(d)(1)(a) but asks that he be granted equitable tolling on grounds stated at pages 53 through 60 of the petition. Because that question is determinative of this court's jurisdiction in this matter, it is

ORDERED that the respondent and additional respondent shall on or before April 16, 2014, file a response directed to the issue of equitable tolling.

DATED: March 13th, 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge