IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00715-RPM

JULIAN KEITH GARCIA,

    Petitioner,

v.

RANDY LIND, Acting Warden of
Arkansas Valley Correctional Facility,
Colorado Department of Corrections,

    Respondent,

       And

JOHN SUTHERS, The Attorney General
of the State of Colorado,

    Additional Respondent.
_____

ORDER GRANTING LEAVE TO REPLY
_____

On April 3, 2014, the respondents filed their Limited Response Regarding Equitable Tolling and on the same date the petitioner filed a motion for leave to reply to that response [8]. It is now

ORDERED that the motion is granted and the petitioner's reply will be filed on or before April 25, 2014.

DATED: April 3rd, 2014

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior Judge