IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00715-RPM

JULIAN KEITH GARCIA,

    Petitioner,

v.

RANDY LIND, Acting Warden of
Arkansas Valley Correctional Facility,
Colorado Department of Corrections,

    Respondent,

        And

JOHN SUTHERS, The Attorney General
of the State of Colorado,

    Additional Respondent.

_____

## JUDGMENT
_____

    Pursuant to the Order for Dismissal Under 28 U.S.C. § 2244(d)(1(A) entered by Senior District Judge Richard P. Matsch on June 4, 2014, it is

    ORDERED AND ADJUDGED, that the petition for writ of habeas corpus is denied and this civil action is dismissed.

    DATED: June 4th, 2014

                        FOR THE COURT:

                        JEFFREY P. COLWELL, Clerk

                            s/M. V. Wentz

                        By_____
                              Deputy